IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEAH BANKS**                                                                               **PLAINTIFF**
**#868043**

**CASE NO. 3:21-CV-24-DPM-BD**

**WILLISTER BLACK,** *et al.*                                          **DEFENDANTS**

## ORDER

Plaintiff Leah Banks, who is currently housed at Craighead County Detention Facility, filed this civil rights lawsuit without the help of a lawyer. (Doc. No. 2) For screening purposes, Ms. Banks has stated claims against Defendant Black, in his personal capacity, for allegedly repeatedly sexually assaulting her and against Defendant Bowers for failing to protect her. (Doc. No. 2) Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for Defendants Black and Bowers. The United States Marshal is directed to *personally serve* the Defendants with summonses and copies of the complaint, with any attachments (Doc. No. 2), without requiring prepayment of fees and costs or security. Service for the Defendants should be at the Craighead County Sheriff's Department, 901 Willet Road, Jonesboro, Arkansas 72401.

IT IS SO ORDERED, this 29th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE