IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEAH BANKS**  **PLAINTIFF**
**ADC #868043**

CASE NO. 3:21-CV-24-DPM-BD

**WILLISTER BLACK,** *et al.*  **DEFENDANTS**

## ORDER

Defendant Black, in his individual capacity, has moved to adopt and join separate Defendants' motion for summary judgment based on Ms. Banks's alleged failure to exhaust administrative remedies prior to filing suit. The motion (Doc. No. 12) is GRANTED.

Now, all Defendants have moved for summary judgment, contending that Ms. Banks did not fully exhaust the grievance process before filing her complaint against them in this lawsuit. (Docs. No. 11 & 12) Ms. Banks may file a response if she opposes the motions. To be considered, her response must be filed within 14 days.

In opposing the motion for summary judgment, Ms. Banks may attach affidavits that she or others have signed. Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (see 28 U.S.C. § 1746). Unsworn statements will not be considered in deciding the Defendants' motions for summary judgment. And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

Defendants' motions concern only whether Ms. Banks fully exhausted grievances against the Defendants before the date she filed her complaint. Therefore, her response to the motions should address only that issue; that is, whether she exhausted her administrative remedies (grievances) before filing suit; and, if not, whether there was a valid reason why she did not.

SO ORDERED, this 9th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE