IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEAH BANKS**                                                                                           **PLAINTIFF**
**ADC #868043**

CASE NO. 3:21-CV-24-DPM-BD

**WILLISTER BLACK,** *et al.*                                                              **DEFENDANTS**

## ORDER

Defendant Black, thorough counsel, has requested that the record be held open until the Sherriff has an opportunity to produce the requested tape. (Doc. No. 16) For good cause, the motion (Doc. No. 16) is GRANTED.

IT IS SO ORDERED, this 6th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE