IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEAH BANKS
#868043                                                                      PLAINTIFF

v.                        No. 3:21-cv-24-DPM

WILLISTER BLACK, Corrections
Officer, Bailiff, Craighead County
Detention Center; KEITH BOWERS,
Jail Administrator, Craighead County
Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER; and
CRAIGHEAD COUNTY, ARKANSAS                                DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, *Doc. 25*, as supplemented and overrules Banks's objections, *Doc. 26*. FED. R. CIV. P. 72(b)(3).

Banks acknowledges that she didn't file any formal grievance about Black's abuse; but she asks the Court to excuse that omission. She believed that filing a grievance would be pointless because she'd informally reported the abuse to no avail. *Doc. 17 at 1*. As Magistrate Judge Kearney noted, though, an individual's belief about the availability of the grievance process does not excuse a failure to exhaust. *Chelette v. Harris*, 229 F.3d 684, 688 (8th Cir. 2000). Banks also notes that she felt intimidated because Black had abused other

inmates and hadn't lost his job yet. *Doc. 17 at 5*. She also presents some evidence that other witnesses were scared to come forward. *Doc. 26*. These points are well taken but don't go quite far enough. Banks hasn't alleged or offered any evidence that Black or jail administrators prevented her from taking advantage of the grievance process "through machination, misrepresentation, or intimidation." *Ross v. Blake*, 136 S. Ct. 1850, 1860 (2016).

The PLRA's exhaustion requirement is strict. And the exceptions to it are narrow; special circumstances are not enough. *Ross*, 136 S. Ct. at 1859–60. Because Banks hasn't shown that her case falls within any of those narrow exceptions, the motion for summary judgment, *Doc. 11*, is therefore granted. Banks's complaint will be dismissed without prejudice. The Court thanks Easley for accepting appointment as Banks's lawyer and ably representing her.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 July 2021