IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEAH BANKS**
**#868043**                                                          PLAINTIFF

v.                        No. 3:21-cv-24-DPM

**WILLISTER BLACK**, Corrections
Officer, Bailiff, Craighead County
Detention Center;   **KEITH BOWERS**,
Jail Administrator, Craighead County
Detention Center;   **CRAIGHEAD
COUNTY DETENTION CENTER;** and
**CRAIGHEAD COUNTY, ARKANSAS**                  DEFENDANTS

## JUDGMENT

Banks's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

20 July 2021